# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CLARENDON NATIONAL
INSURANCE COMPANY, *et al*.,

    Plaintiffs,

v.

NATIONAL FIRE AND MARINE
INSURANCE COMPANY,

    Defendant.

Case No. 2:08-cv-00331-LDG (RJJ)

**ORDER**

    THE COURT **ORDERS** that the Order Granting Plaintiffs' Motion to Collect and/or Enforce the Bond (#86) is VACATED and STRICKEN.

DATED this \_\_10\_\_ day of December, 2010.

_____
Lloyd D. George
United States District Judge